FILED
DEC 04 2009
[signature] CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

******************************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 09-40072 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| LARRY LOGAN, a/k/a Art Riggs, a/k/a "S_Dakota_Guy," | * | |
| Defendant. | * | |

******************************************************************

Pending before the Court is the Defendant's Plea Agreement, Factual Basis Statement, and Supplement to Plea Agreement. A hearing to take the plea was held before the Magistrate Judge on October 15, 2009, and Judge Simko issued a Report and Recommendation accepting the plea, and recommending to this Court that the Defendant be adjudged guilty as charged in Count 1 of the Indictment with Distribution of Child Pornography in violation of 18 U.S.C. § 2252(a)(2)(A). After a careful review of the file, and the time for objections having expired,

IT IS ORDERED:

1. That the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, and the Defendant Larry Logan is adjudged guilty.

Dated this 3rd day of December, 2009.

BY THE COURT:

[signature]
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: [signature]
          DEPUTY